UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN FISCHLER, *Individually and on behalf of all other persons similarly situated*,

                                Plaintiffs,

        v.

BOMBFELL, INC.,

                                Defendant.

1:19-cv-00301-JMF

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Brian Fischler ("Plaintiff") and Bombfell, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: March 28, 2019

| LIPSKY LOWE LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: /s/ Douglas Lipsky | By: /s/ Douglas Schwarz |
| Douglas Lipsky | Douglas T. Schwarz |
| 630 Third Avenue | 101 Park Avenue |
| New York, New York 10017-6705 | New York, New York 10178 |
| Tel: (212) 392-4772 | Tel: (212) 309-6890 |
| Email: doug@lipskylowe.com | Email: douglas.schwarz@morganlewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED.

/s/ Jesse M. Furman

March 29, 2019